IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE **DIVISION**
**CIVIL ACTION NO.** 1:03-CV-00048-GCM

| | |
|---|---|
| TODD W. SHORT, | ) |
| | ) |
| **Appellant,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| WILLIAM E. LOOSE, ET AL., | ) |
| | ) |
| **Appellee.** | ) |
| | ) |

**THIS MATTER** is before the Court on Appellant Todd W. Short's Motion for Reconsideration to Expedite Ruling. (Doc. No. 26) In his Motion, Appellant asks the Court to Rule on his Motion for Relief from Judgments. (Doc. No. 21) Because the Court denied Appellant's Motion in a written order on January 19, 2016 (Doc. No. 24), the instant Motion will be **DENIED AS MOOT.** To the extent that Appellant argues he did not receive notice of the previous order, the Court will direct the Clerk of Court to reissue the electronic notification.

**SO ORDERED.**

Signed: February 23, 2016

Graham C. Mullen
United States District Judge